# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0106. COLEMAN v. THE STATE.**

Richard M. Craven II, appointed appellate counsel for Torrey Coleman, filed a motion seeking to withdraw as counsel. The motion alleges that Coleman informed counsel that he no longer wishes to have legal representation in this appeal.

When appointed appellate counsel seeks for good cause to withdraw from a pending appeal, the case must be remanded to the trial court to consider whether appellant can represent himself and whether appellate counsel's motion to withdraw should be granted.  See *Knowles v. State*, 245 Ga. App. 523, 526 (9) (538 SE2d 175) (2000); *Holt v. State*, 205 Ga. App. 40 (421 SE2d 131) (1992). Accordingly, appellate counsel's motion to withdraw is hereby DENIED.

This case is remanded to the trial court for a hearing in order to consider the motion to withdraw, to address Coleman's apparent intention to proceed pro se, and to establish a record that Coleman was instructed of his right to counsel and of the dangers of proceeding without counsel. *Cochran v. State*, 253 Ga. 10 (315 SE2d 653) (1984); *Clark v. Zant*, 247 Ga. 194, 195 (275 SE2d 49) (1981). Upon resolution of

these issues, Coleman may reinitiate the appeal by refiling his original notice of appeal within 30 days of the trial court's order of disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __10/11/2019__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*